565 A.2d 160

**Ruth MASKREY, Appellant,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (K-MART CORPORATION).**

Supreme Court of Pennsylvania.

Argued Oct. 27, 1989.

Decided Nov. 1, 1989.

Brian R. Steiner, Philadelphia, for appellant.

Peter J. Weber, Clifford A. Goldstein, Philadelphia, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal quashed. *See* Rule 1113(a), Pa.R.A.P.